# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2014

## NO. 03-14-00287-CV

### Harold F. Cook and Sharon E. Cook, Appellants

### v.

### Daniel M. Grant and Daniel M. Grant, P. C., Appellees

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
VACATED AND REMANDED ON JOINT MOTION --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on January 31, 2014. The parties have filed a motion to remand, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion; vacates the judgment without regard to the merits, and remands the cause to the trial court for rendition of judgment in accordance with the parties' agreement. Each party shall pay the costs of the appeal incurred by that party, both in this Court and in the court below.